

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-45,883-26 & WR-45,883-27

### EX PARTE KEVIN ALTHOUSE, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. W98-54179-R(J) & W98-54103-R(J)
### IN THE 265TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of theft and aggravated assault and sentenced to twenty-five years' imprisonment in each cause. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

We have previously dismissed multiple subsequent applications in these cause numbers. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. It is obvious from the record that Applicant continues to raise grounds that were previously rejected on the merits or that should have been raised in previous applications. We hold that Applicant has abused the writ and filed a frivolous lawsuit. *See Ex parte*

*Jones*, 97 S.W.3d 586 (Tex. Crim. App. 2003); TEX. GOV'T CODE § 498.0045(a-1). Should Applicant file future habeas applications in these cause numbers, we will not consider the merits of his applications unless he shows that the factual or legal basis of his grounds was unavailable in a previously filed application. These applications are dismissed.

Copies of this order shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Filed: May 19, 2021
Do not publish